(No. 25556.— ▮▮▮▮▮▮▮▮)
CHARLES E. LOY, Appellee, *vs.* OTTO H. KNAAK, Appellant.

*Opinion filed April 17, 1940.*

CHRISTOPHER E. JONES, for appellant.

MARKMAN, DONOVAN & SULLIVAN, (JOHN P. SULLI-
VAN, of counsel,) for appellee.

Mr. JUSTICE SHAW delivered the opinion of the court:

On January 2, 1940, the appellee, Charles E. Loy, pur-
chased the premises of the appellant at a sheriff's sale to
satisfy an execution issued out of the circuit court of Cook
county. The appellant filed a petition to have the sale
vacated on the ground that the newspaper in which the
notice of sale was published was not a secular newspaper
of general circulation, as required by the statute. The cir-
cuit court entered an order denying the motion of the ap-
pellant and this appeal followed.

We have no jurisdiction to decide this appeal because a
freehold is not involved in a proceeding wherein a judg-
ment debtor in an execution sale, seeks to have the sale set
aside and the certificate of purchase issued by the master
or the sheriff, declared void, because the certificate does not
convey title. *Charleston State Bank* v. *Brooks*, 197 Ill. 388.

The cause is transferred to the Appellate Court for the
First District.

*Cause transferred.*